**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION**

IN THE MATTER OF**:  JAMES EDWARD ORTEGA**              CASE NO:  **04-06550-8-RDD**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **JAMES E. ORTEGA**<br>**5600 S. COUNTRY CLUB RD, #102**<br>**TUCSON, AZ  85706** | **$140.00** | 05/06/08 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**August 31, 2009**                             ___/s/ Trawick H. Stubbs, Jr._____
                                        **TRAWICK H. STUBBS, JR.
                                        CHAPTER 13 TRUSTEE
                                        P. O. BOX 1618
                                        NEW BERN, NC  28563
                                        (252) 633-0074**